# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROBERT L. KEY, II,

                Plaintiff,

-vs-                                        Case No. 6:04-cv-27-Orl-18KRS

ADVANCE STORES COMPANY
INCORPORATED,
d/b/a Advance Auto Stores,

                Defendant.
_____/

## REPORT AND RECOMMENDATION

### TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on Defendant's Motion for Attorneys' Fees, Doc. No. 50, and Plaintiff's Response to Defendant's Motion for Fees and Costs, Doc. No. 51.

### I. PROCEDURAL HISTORY.

On December 23, 2003, Plaintiff Robert L. Key, II, filed a complaint in state court alleging that Defendant Advance Stores Company, Inc., d/b/a Advance Auto Stores ("Advance") terminated his employment on the basis of race in violation of 42 U.S.C. § 1981. Doc. No. 2. On January 9, 2004, Advanced removed the case to this Court. Doc. No. 1.

The parties conducted discovery and, on February 14, 2005, Advance filed a motion for summary judgment. Doc. No. 20. The Honorable G. Kendall Sharp, the presiding district judge, granted this motion on April 25, 2005. Doc. No. 40. Subsequently, Advance filed the present

[handwritten margin notes: "So ordered / 11/18/07" and signature "U.S. District Judge"]